1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   DAVID RANSOM FRIEDMAN (Cal. Bar No. 300737)
4  Assistant United States Attorney
   Criminal Appeals Section
5       1000 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-7418
7       Facsimile: (213) 894-8513
        E-mail:    David.Friedman@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10 CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
11 MICHAEL SCHACHTER (Bar No. 298610)
   (E Mail: michael_schachter@fd.org)
12 411 West Fourth Street, Suite 7110
   Santa Ana, California 92701-4598
13 Telephone: (714) 338-4500
   Facsimile: (714) 338-4520
14
   Attorneys for Defendant
15 JONATHAN EDWARD CHARLES ANDERSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 5:20-CR-00071-RGK-1 |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR WITHDRAWAL OF GUILTY PLEA AND DISMISSAL OF INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |
| v. | |
| JONATHAN EDWARD CHARLES ANDERSON, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney David Ransom Friedman, and defendant Jonathan Edward Charles Anderson, individually and by and through his counsel of record, Deputy Federal Public Defender Michael Schachter, hereby stipulate as follows:

1. On March 18, 2020, Jonathan Anderson was indicted in this case on a single count of violating 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition, based on evidence obtained by law enforcement during and as a result of a stop of Mr. Anderson. Dkt. No. 1.

2. On June 29, 2020, Mr. Anderson filed a motion to suppress all evidence against him, arguing that the search that produced the evidence was unlawful under the Fourth Amendment. Dkt. No. 23.

3. This Court denied Mr. Anderson's motion to suppress on July 28, 2020. Dkt. No. 34.

4. On September 8, 2020, Mr. Anderson pled guilty to Count One of the Indictment pursuant to a conditional plea agreement by which he reserved his right to appeal this Court's denial of his motion to suppress. Dkt. 37, ¶ 3; Dkt. No. 40.

5. On May 2, 2024, in *United States v. Jonathan Edward Charles Anderson*, 101 F.4th 586 (9th Cir. 2024) (en banc), the Ninth Circuit issued an opinion reversing and vacating this Court's denial of Mr. Anderson's motion to suppress evidence. Dkt. No. 77; Dkt. No. 80.

6. Given the above, and pursuant to Federal Rule of Criminal Procedure 11, both defendant and the government agree and stipulate that a fair and just reason exists to permit defendant to withdraw his prior guilty plea.

7. The government further moves to dismiss the Indictment against Mr. Anderson with prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

//

8. Based on the above stipulation, the parties hereby request that the Court enter the attached proposed order ruling that Mr. Anderson's guilty plea is withdrawn and the Indictment against Mr. Anderson is dismissed with prejudice.

IT IS SO STIPULATED.

DATED: July 15, 2024   Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

By */s/ David Ransom Friedman (via email authorization)*
DAVID RANSOM FRIEDMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED:_____

JONATHAN ANDERSON
Defendant

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 15, 2024   By */s/ Michael Schachter*
MICHAEL SCHACHTER
Deputy Federal Public Defender

Attorney for Defendant
JONATHAN ANDERSON

3

1    8.    Based on the above stipulation, the parties hereby request that the Court
2 enter the attached proposed order ruling that Mr. Anderson's guilty plea is withdrawn
3 and the Indictment against Mr. Anderson is dismissed with prejudice.
4    IT IS SO STIPULATED.

DATED:                          Respectfully submitted,

                                E. MARTIN ESTRADA
                                United States Attorney

                                MACK E. JENKINS
                                Assistant United States Attorney
                                Chief, Criminal Division

                                By /s/ David Ransom Friedman (via email authorization)
                                DAVID RANSOM FRIEDMAN
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

DATED: July 12, 2024
                                JONATHAN ANDERSON
                                Defendant

                                CUAUHTEMOC ORTEGA
                                Federal Public Defender

1DATED:                         By /s/ Michael Schachter
                                MICHAEL SCHACHTER
                                Deputy Federal Public Defender

                                Attorney for Defendant
                                JONATHAN ANDERSON

3